UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24176-CIV-LENARD/WHITE

**JORGE CHARADAN**

        Petitioner,

vs.

**FLORIDA DEPARTMENT OF CORRECTIONS**,

        Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 7) AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 7), issued on December 10, 2010. In his Report, Magistrate Judge White recommends Petitioner Jorge Charadan's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (D.E. 1) be dismissed.[1] Specifically, the Report finds that the Petition is successive and was filed without authorization from the Eleventh Circuit pursuant to 28 U.S.C. § 2244(b)(3)(A). The Report also provides fourteen (14) days for the parties to file objections. To date, no objections to the Report have been filed.[2] Failure to timely file objections shall bar parties from attacking on

---

[1] The Report mistakenly identifies James V. Crosby as Respondent in the style of the case. The Court finds this error has no bearing on the findings and recommendations contained therein.

[2] On December 20, 2010, Petitioner filed a Memorandum of Law in Support of his Petition (D.E. 8), however this filing did not address any of the findings or recommendations made in the Report.

appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 7), issued on December 10, 2010, is **ADOPTED.**

2. Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (D.E. 1), filed on November 22, 2010, is **DISMISSED** as successive.

3. This Case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of January, 2010.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**